# United States Bankruptcy Court
## Northern District of Alabama

In re  North Alabama Science Center, Inc. d/b/a Sci-Quest
Debtor(s)

Case No.  14-83200
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  North Alabama Science Center, Inc. d/b/a Sci-Quest  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 20, 2014
Date

/s/ Tazewell T. Shepard
Tazewell T. Shepard
Signature of Attorney or Litigant
Counsel for  North Alabama Science Center, Inc. d/b/a Sci-Quest
Sparkman, Shepard & Morris, P.C.
P.O. Box 19045
Huntsville, AL 35804
256-512-9924 Fax:256-512-9837
taze@ssmattorneys.com